SUZANNE ZALEV, SBN 252405
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA 94705
(510) 540-0878 x 326 tel.
(510) 540-0403 fax
szalev@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE DIXON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:18-cv-03483-HSG<br><br>MOTION FOR EXTENSION OF TIME AND <s>PROPOSED</s> ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff shall have an extension of time, from October 15, 2018, to November 15, 2018, to submit his Motion for Summary Judgment. All other deadlines shall be extended accordingly. Plaintiff requires additional time due to significant competing workloads. This is Plaintiff's first extension request. Defendant does not oppose Plaintiff's request for an extension of time.

                                            Respectfully submitted,


                                            Suzanne Zalev,
                                            Attorney for Plaintiff

Dated: October 2, 2018       By:    */s/ Suzanne Zalev*
                                    SUZANNE ZALEV
                                    Attorney for Plaintiff

Dated: October 2, 2018       By:    */s/ Margaret Branick-Abilla*
                                    MARGARET BRANICK-ABILLA
                                    (as authorized via email on 10/2/18)
                                    Attorney for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:   10/4/18

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge