ALEX G. TSE, CSBN 152348
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE DIXON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case no. 4:18-cv-03483-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from December 13, 2018 to January 27, 2019, for Defendant to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel was out of the office unexpectedly and requires additional time to complete her review and analysis of the record and the issues raised in Plaintiff's motion, to determine whether options exist for settlement, and to prepare

Defendant's response if settlement is not possible.  Defendant's counsel also has a number of other briefs due as well as an imminent hearing, and requires additional time to manage competing workload demands.  This request is made in good faith with no intention to unduly delay the proceedings.  Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: December 6, 2018　　　　　　　　HOMELESS ACTION CENTER

　　　　　　　　　　　　　　　　By:　　/s/ Suzanne Zalev*
　　　　　　　　　　　　　　　　　　　SUZANNE ZALEV
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　[*As authorized by email on Dec. 6, 2018]

Dated: December 7, 2018　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　/s/ Margaret Branick-Abilla
　　　　　　　　　　　　　　　　　　　MARGARET BRANICK-ABILLA
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: <u>December 7, 2018</u>

　　　　　　　　　　　　　　　　　　　_Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge