1  DAVID L. ANDERSON, CSBN 149604
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARGARET BRANICK-ABILLA, CSBN 223600
4  Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8929
       Facsimile: (415) 744-0134
7      E-Mail: Margaret.Branick-Abilla@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE DIXON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case no. 4:18-cv-03483-HSG<br><br>**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted in this action pursuant to Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stipulation
4:18-cv-03483-HSG

1

1     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff Terrance Dixon (Plaintiff) be awarded attorney fees in the amount of FIVE THOUSAND, SIX HUNDRED DOLLARS AND ZERO CENTS ($5,600.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Homeless Action Center. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether the fees are subject to offset.

    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Homeless Action Center, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Homeless Action Center.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including Homeless Action Center may have relating to EAJA attorney fees in connection with this action.

///
///
///
///

Stipulation
4:18-cv-03483-HSG

This award is without prejudice to the rights of counsel and/or Homeless Action Center to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                                                                Respectfully submitted,

Dated: November 18, 2019                  HOMELESS ACTION CENTER

                                        By:    */s/ Suzanne Zalev\**
                                                      SUZANNE ZALEV
                                                      Attorneys for Plaintiff
                                                      [*As authorized by email on Nov. 15, 2019]

Dated: November 18, 2019                  DAVID L. ANDERSON
                                                        United States Attorney

                                        By:    */s/ Margaret Branick-Abilla*
                                                    MARGARET BRANICK-ABILLA
                                                    Special Assistant United States Attorney
                                                    Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:    11/19/2019

                                                HON. HAYWOOD S. GILLIAM, JR.
                                                United States District Judge